UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, on behalf of and for the benefit of SAINT VERONICA CATHOLIC CHURCH, without prejudice as to canon law, <br><br> Defendant. | Case No. CV 13-5666 CRB <br><br> **ORDER ON JOINT MOTION AND STIPULATED REQUEST FOR ORDER CHANGING TIME ON: (1) DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT; AND (2) CASE MANAGEMENT CONFERENCE** <br><br> Judge:   Hon. Charles R. Breyer <br> Dept.:   Courtroom 6, 17th Floor <br><br> Complaint Filed:   December 6, 2013 |

**PURSUANT TO THE PARTIES JOINT MOTION AND STIPULATED REQUEST FOR ORDER CHANGING TIME, IT IS HEREBY ORDERED THAT:**

1.   Defendant The Roman Catholic Archbishop of San Francisco, on behalf of and for the benefit of Saint Veronica Church ("Defendant") shall have up to and including April 4, 2014 to answer Plaintiff J&J Sports Productions, Inc.'s complaint;

1

2. The initial case management conference is continued from March 21, 2014 at 8:30 a.m. to May 23, 2014 at 8:30 a.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, with a commensurate extension of all meet and confer and scheduling deadlines set forth in the Court's January 21, 2014 Order Setting Case Management Conference (Dkt. 9).

**IT IS SO ORDERED.**

DATED: March 5, 2014

HON.
U.S. DI



2