Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Defendant. | CASE NO. 3:13-cv-05666-CRB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RAMON CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, on behalf of and for the benfit of SAINT VERONICA CATHOLIC CHURCH |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RAMON CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, on behalf of and for the Benfit of SAINT VERONICA CATHOLIC CHURCH that the above-entitled action is hereby dismissed **with prejudice**.

///

///

///

///

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

**SEDGWICK, LLP**
By: Jason Matthew Joyal, Esquire
Attorneys for Defendants
RAMON CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, on behalf of and for the Benfit of SAINT VERONICA CATHOLIC CHURCH

**IT IS SO ORDERED**:

_____          Dated: June 17, 2014
**The Honorable Charles** [signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]
**United States District Court**
**Northern District of California**

STIPULATION OF DISMISSAL
3:13-cv-05666-CRB
PAGE 2